# EXHIBIT A

List of Transfers

**OMV Holdings Transfers**

| Transfer | Date | Amount |
|:---:|:---:|---:|
| 1 | 3/30/2022 | $ 100,000 |
| 2 | 5/20/2022 | $ 50,000 |
| 3 | 5/31/2022 | $ 125,000 |
| 4 | 6/7/2022 | $ 200,000 |
| 5 | 6/7/2022 | $ 100,000 |
| 6 | 6/30/2022 | $ 100,000 |
| 7 | 8/3/2022 | $ 114,000 |
| 8 | 9/27/2022 | $ 50,000 |
| 9 | 1/5/2023 | $ 200,000 |
| 10 | 2/1/2023 | $ 200,000 |
| 11 | 2/1/2023 | $ 18,000 |
| 12 | 3/9/2023 | $ 200,000 |
| 13 | 3/28/2023 | $ 1,566,070 |
| 14 | 4/12/2023 | $ 200,000 |
| 15 | 5/25/2023 | $ 200,000 |
| 16 | 6/13/2023 | $ 30,000 |
| 17 | 6/30/2023 | $ 200,000 |
| 18 | 7/7/2023 | $ 2,847,082 |
| 19 | 8/31/2023 | $ 55,000 |
| 20 | 12/1/2023 | $ 200,000 |
| 21 | 1/4/2024 | $ 1,000,000 |
| 22 | 2/24/2024 | $ 2,010 |

**OMV 2-Year Transfers(Nos. 1-22)**     $     7,757,163
**OMV 1-Year Transfers (Nos. 12-22)**     $     6,500,163

## Impel Management Transfers

| Transfer | Date | Amount |
|---|---|---|
| 1 | 1/24/2022 | $ 64,000 |
| 2 | 2/11/2022 | $ 70,610 |
| 3 | 3/15/2022 | $ 60,000 |
| 4 | 4/1/2022 | $ 6,375 |
| 5 | 4/4/2022 | $ 3,625 |
| 6 | 4/15/2022 | $ 60,000 |
| 7 | 4/28/2022 | $ 150,000 |
| 8 | 5/11/2022 | $ 65,000 |
| 9 | 6/7/2022 | $ 65,000 |
| 10 | 7/6/2022 | $ 60,000 |
| 11 | 8/3/2022 | $ 65,000 |
| 12 | 8/29/2022 | $ 65,000 |
| 13 | 9/28/2022 | $ 133,220 |
| 14 | 10/12/2022 | $ 65,000 |
| 15 | 11/9/2022 | $ 65,000 |
| 16 | 12/5/2022 | $ 65,000 |
| 17 | 1/4/2023 | $ 136,648 |
| 18 | 2/15/2023 | $ 75,000 |
| 19 | 2/16/2023 | $ 3,600 |
| 20 | 3/1/2023 | $ 75,000 |
| 21 | 3/29/2023 | $ 319,096 |
| 22 | 4/12/2023 | $ 75,000 |
| 23 | 5/11/2023 | $ 50,000 |
| 24 | 5/30/2023 | $ 35,000 |
| 25 | 6/30/2023 | $ 20,000 |
| 26 | 6/30/2023 | $ 55,000 |
| 27 | 7/7/2023 | $ 692,006 |
| 28 | 7/7/2023 | $ 55,000 |
| 29 | 8/1/2023 | $ 65,800 |
| 30 | 9/20/2023 | $ 31,265 |
| 31 | 10/31/2023 | $ 120,800 |
| 32 | 11/30/2023 | $ 58,600 |
| 33 | 1/3/2024 | $ 58,600 |
| 34 | 2/1/2024 | $ 40,000 |

| | | |
|---|---|---|
| **Impel 3-Year Transfers (Nos. 1-34)** | **$** | **3,029,244** |
| **Impel 2-Year Transfers (Nos. 3-34)** | **$** | **2,894,634** |
| **Impel 1-Year Transfers (Nos. 20-34)** | **$** | **1,751,166** |

**Chestnut Consulting Transfers**

| Transfer | Date | Amount | |
|---|---|---|---|
| 1 | 11/3/2021 | $ | 13,161 |
| 2 | 11/29/2021 | $ | 22,806 |
| 3 | 12/22/2021 | $ | 22,000 |
| 4 | 8/31/2022 | $ | 4,519 |
| 5 | 8/1/2023 | $ | 31,000 |

**Chestnut Consulting 3-Year Transfers (Nos. 1-5)** $ **93,486**
**Chestnut Consulting 2-Year Transfers (Nos. 4-5)** $ **35,519**

**BW Capital Transfers**

| Transfer | Date | Amount | |
|----------|------|--------|---|
| 1 | 11/3/2021 | $ | 13,161 |
| 2 | 11/29/2021 | $ | 24,262 |
| 3 | 12/22/2021 | $ | 22,000 |
| 4 | 6/29/2022 | $ | 3,514 |
| 5 | 8/1/2023 | $ | 31,000 |

**BW Capital 3-Year Transfers (Nos. 1-5)**   $   **93,938**
**BW Capital 2-Year Transfers (Nos. 4-5)**   $   **34,514**