**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

---

In re: Case: 24-11528-DER   Chapter 7   Adversary No.: 26-00040

**Provizor Federal, Inc.**
Debtor

**Morgan W. Fisher, Chapter 7 Trustee**
Plaintiff
**vs.**
**Impel Capital Management, LLC, et al.,**
Defendants.

---

### SUPPLEMENTAL MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 9010-4, Richard J. Hackerman, Esquire and  RICHARD J. HACKERMAN, P.A. files this Motion for Withdrawal of his Appearance in the above referenced case of Defendants Chestnut Business Consulting, LLC and Lonnie B. Chestnut, III ("Defendants"), and states as follows:

1. Counsel hereby certifies the following last known names and addresses of the above-referenced Defendants as :

Mr. Lonnie B. Chestnut, III
5020 Oxfordshire Rd
Waxhaw, NC 28173

Chestnut Business Consulting, LLC
233 Massey Circle
Chapin, SC 29036

CHESTNUT BUSINESS CONSULTING, LLC
c/o Lonnie Chestnut, Registered Agent
106 Kingston Forest Drive
Irmo, SC 29063

2.  Counsel further certifies that written notice was mailed to both Defendants advising them of their rights and responsibilities as articulated in Local Rule 9010-4(a) and (b).    See Exhibits A and B.

3.   Counsel was originally advised that the Defendants had retained other counsel however to date the undersigned has not heard from other counsel.  Counsel spoke with Lonnie Chestnut on April 14, 2026 who advised that he was still working to get other counsel.

4.  That an answer to the complaint was filed on April 14, 2026.

5.   That counsel can not further elaborate on any specifics as to the reason for the filing of this motion to withdraw for fear in being in violation of the Maryland Rules of Professional Conduct.

Wherefore, it is requested that the appearance of Richard J. Hackerman and Richard J. Hackerman, P.A. be stricken as counsel for the Defendants.

Dated: April 16, 2026

RICHARD J. HACKERMAN, P.A.
ATTORNEY AT LAW
By: /s/ *Richard J. Hackerman*
Richard J. Hackerman
3635 Old Court Road
Suite 208,
Baltimore, Maryland 21208
Tel. (410) 243-8800,
Fax (410) 402-5757
Federal Bar No. MD24058

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion for Withdrawal of Appearance of Counsel* was served on all of the following parties to this proceeding on April 16, 2026, via electronic service through the Court's CM/ECF System.

Morgan W. Fisher Ch 7 Trustee by his attorney
Richard Marc Goldberg
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
Suite 2000
Baltimore, MD 21201
Email: rmg@shapirosher.com

BW Capital Advisors LLC t/a BW Capital Advisors and Lamar Barnes  by their attorney
Martinis Montrelle Jackson

Jackson Legal Services PLLC
1629 K street NW,
Suite 300
Washington, DC 20006
Email: martinis.jackson@jlegalservices.com

And the following parties via first class mail, postage prepaid:

Impel Capital Management, LLC
8115 Maple Lawn Blvd
Suite 350
Fulton, MD 20759

OMV Holdings, LLC
6700 Alexander Bell Drive
Suite 200
Columbia, MD 21046

Chestnut Business Consulting, LLC (and via email Lonniec44@gmail.com)
233 Massey Circle
Chapin, SC 29036

Chestnut Business Consulting, LLC  (and via email Lonniec44@gmail.com)
c/o Lonnie Chestnut, Registered Agent
106 Kingston Forest Drive
Irmo, SC 29063

Lonnie Chestnut, III  (and via email Lonniec44@gmail.com)
5020 Oxfordshire Road
Waxhaw, NC 28173

/s/ Richard J. Hackerman
RICHARD J. HACKERMAN