# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **24–11528 – DER**    Chapter: **7**    Adversary No.: **26–00040**

**Provizor Federal, Inc.**
Debtor

**Morgan W. Fisher, Chapter 7 Trustee**
Plaintiff

vs.

| | |
|---|---|
| **Impel Capital Management, LLC** | **BW Capital Advisors LLC t/a BW Capital Advisors** |
| **OMV Holdings, LLC** | **Lamar Barnes** |
| **Chestnut Business Consulting, LLC**<br>Defendant | **Lonnie B. Chestnut, III** |

# NOTICE OF MISSING DOCUMENT

DOCUMENT:    **14 – Motion to Dismiss Adversary Proceeding Filed by BW Capital Advisors LLC t/a BW Capital Advisors, Lamar Barnes. (Attachments: # 1 Proposed Order) (Jackson, Martinis)**

PROBLEM:    **The Corporate Ownership Statement has not been filed.**

CURE:    **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 4/30/26.**

CONSEQUENCE:    **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:    **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 4/16/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lia Aure
301–344–3392

cc:   Plaintiff

Attorney for Plaintiff – Richard Marc Goldberg

Attorney for Defendant – Martinis Montrelle Jackson

Defendant

Attorney for Defendant – PRO SE

U.S. Trustee

Form ntccrpst (rev. 04/2022)