**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No.: 24−11528-DER** |
| **PROVIZOR FEDERAL, INC.,** | * | |
| | | **Chapter 7** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **MORGAN W. FISHER,** | | |
| **CHAPTER 7 TRUSTEE** | * | |
| | | |
| Plaintiff, | * | **Adv. Proc. No.: 26-00040-DER** |
| | | |
| v. | * | |
| | | |
| **IMPEL CAPITAL MANAGEMENT,** | * | |
| **LLC, et. al.[1],** | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF CHAPTER 7 TRUSTEE'S**
**RULE 2004 DISCOVERY TO LAMAR BARNES**

I HEREBY CERTIFY THAT on the __th day of April, 2026, copies of the following documents: (i) *Exhibit A* (Request for Documents) [ECF No. 436, June 4, 2025]; (ii) Stipulation Resolving Objection to Scope of Certain Document Requests in Connection With Trustee's Motions For Rule 2004 Examinations of Lamar Barnes, Lonnie Chestnut, III and Impel Capital Management, LLC and Order Approving Same [ECF No. 464, July 8, 2025]; (iii) Order Granting Chapter 7 Trustee's Motion To Enforce Rule 2004 Examinations And To Compel Compliance With 2004 Orders Served On (I) Lamar Barnes (II) Lonnie Chestnut, III And (III) Impel Capital Management, LLC And For Other Relief [ECF No. 522, November

---

[1] Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC, OMV Holdings, LLC, Chestnut Business Consulting LLC, BW Capital Advisors, LLC t/a BW Capital Advisors, Lamar Barnes and Lonnie Chestnut, III.

25, 2025]; and (iv) Order Denying Motion To Quash Subpoena/Request For Production [ECF No. 548, January 23, 2026] from the main bankruptcy case referenced above to Lamar Barnes were served by electronic mail to counsel listed below.


Martinis Montrelle Jackson, Esquire
Jackson Legal Services PLLC
1629 K street NW, Suite 300
Washington, DC 20006
Email: martinis.jackson@jlegalservices.com

**Counsel for Lamar Barnes and BW Capital Advisors LLC t/a BW Capital Advisors**


Dated: April 16, 2026

/s/ *Richard M. Goldberg*
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
         djz@shapirosher.com

*Counsel to Plaintiff Morgan W. Fisher,*
*Chapter 7 Trustee*