**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No.: 24−11528-DER** |
| **PROVIZOR FEDERAL, INC.,** | * | |
| | | **Chapter 7** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **MORGAN W. FISHER,** | | |
| **CHAPTER 7 TRUSTEE** | * | |
| | | |
| **Plaintiff,** | * | **Adv. Proc. No.: 26-00040-DER** |
| | | |
| **v.** | * | |
| | | |
| **IMPEL CAPITAL MANAGEMENT,** | * | |
| **LLC, et. al.[1],** | | |
| | * | |
| | | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S OPPOSITION TO SUPPLEMENTAL MOTION
TO WITHDRAW AS ATTORNEY FOR LONNIE B. CHESTNUT III
AND CHESTNUT BUSINESS CONSULTING, LLC**

Morgan W. Fisher, Chapter 7 Trustee for Provizor Federal, Inc. (the "**Trustee**" or the "**Plaintiff**"), by and through undersigned counsel, files this opposition (the "**Opposition**") to the Supplemental Motion to Withdraw as Attorney for Lonnie B. Chestnut III, Chestnut Business Consulting, LLC (the "**Motion to Withdraw**") [ECF No. 16; April 16, 2026]. The Trustee opposes the current Motion to Withdraw and intends on filing a supplemental paper explaining its reasoning and requests that the Court not rule until such further paper is filed. This Opposition is simply filed to preserve the *status quo* so that the Court does not act on the Motion to Withdraw

---

1 Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC, OMV Holdings, LLC, Chestnut Business Consulting LLC, BW Capital Advisors, LLC t/a BW Capital Advisors, Lamar Barnes and Lonnie Chestnut, III.

2

quickly prior to the time the Trustee explains his position which will be done within the time period

allowed by the Local Rules for motions practice.

Dated: April 17, 2026

/s/ *Richard M. Goldberg*
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
          djz@shapirosher.com

*Counsel to Plaintiff Morgan W. Fisher, Chapter 7 Trustee*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY on this 17th day of April, 2026, copies of the foregoing Opposition were served on the parties listed below by electronic mail unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

<u>**Served via CM/ECF**</u>:

**Richard J Hackerman**   Richard@RichardHackerman.com, 6923530420@filings.docketbird.com; Hackerman.RichardR106256@notify.bestcase.com

**Martinis Montrelle Jackson**   martinis.jackson@jlegalservices.com

<u>**Served via Electronic Mail**</u>:

Roland Jones, Esquire
Jones & Associates
1325 Avenue of the Americas
28th Floor
New York, NY 10019
Email: rgj@rolandjones.com

/s/ *Richard M. Goldberg*
Richard M. Goldberg