## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

**In re: Case: 24-11528-DER    Chapter 7   Adversary No. 26-00040**

**Provizor Federal, Inc.**
Debtor

**Morgan W. Fisher, Chapter 7 Trustee**
Plaintiff

vs.

**Impel Capital Management, LLC, et al.,**
Defendants

### CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

the following defendant corporation is owned by the following parent company:

| Defendant Corporation | Address | Parent Company | Ownership Percentage |
|---|---|---|---|
| BW Capital Advisors LLC t/a BW Capital Advisors | 1717 N Street, Suite 1 Washington, DC 20036 | E11 Venture Holdings LLC | 100% |

This Corporate Ownership Statement is provided solely for purposes of compliance with

Federal Rule of Bankruptcy Procedure 7007.1. The information contained herein is limited to that

required by the Rule and is not intended to disclose confidential or proprietary business

information beyond such requirements. Nothing herein shall be deemed a waiver of any applicable privilege, confidentiality, objections to discovery or other protections.

/s/Martinis M. Jackson
Jackson Legal Services PLLC
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006
240.763.7529
Federal Bar No. 21465
*Limited Appearance Counsel for Lamar Barnes
and BW Capital Advisors, LLC*

CERTIFICATE OF SERVICE

I, Martinis M. Jackson, do hereby certify that I have transmitted via Electronic Case Filing, as it appears on this date in the Court registered E-filers of CM-ECF, a true and accurate copy of the above and foregoing Disclosure Statement to the below parties:

Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee
Richard M. Goldberg
Daniel J. Zeller
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201

and

RICHARD J. HACKERMAN, P.C.
ATTORNEY AT LAW
3635 Old Court Road
Suite 208,
Baltimore, Maryland 21208
Tel. (410) 243-8800,
Fax (410) 402-5757
*Counsel for the Defendants Chestnut Business Consulting, LLC and Lonnie B. Chestnut, III*

/s/Martinis M. Jackson
MARTINIS M. JACKSON