**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No.: 24−11528-DER** |
| **PROVIZOR FEDERAL, INC.,** | * | |
| | | **Chapter 7** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **MORGAN W. FISHER,** | | |
| **CHAPTER 7 TRUSTEE** | * | |
| | | |
| Plaintiff, | * | **Adv. Proc. No.: 26-00040-DER** |
| | | |
| v. | * | |
| | | |
| **IMPEL CAPITAL MANAGEMENT,** | * | |
| **LLC, et. al.[1],** | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF CHAPTER 7 TRUSTEE'S REQUEST FOR ENTRY OF**
**DEFAULT PURSUANT TO FED. R. BANKR. P. 7055**
**(Impel Capital Management, LLC)**

Morgan W. Fisher, Chapter 7 Trustee (the "Trustee" or the "Plaintiff") for Provizor Federal,

Inc. f/k/a OMV Medical, Inc. (the "Debtor"), by his undersigned counsel, hereby requests that a

Default be entered in the above-captioned adversary proceedings pursuant to Fed. R. Civ. P. 55(a),

as made applicable by Fed. R. Bankr. P. 7055.  Defendant Impel Capital Management, LLC has

failed to plead or otherwise respond to the Trustee's Complaint [ECF No. 1, February 24, 2026]

filed in the adversary proceeding identified above pursuant to Fed. R. Bankr. P. 7012, as set forth

---

[1] Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC, OMV Holdings, LLC, Chestnut Business Consulting LLC, BW Capital Advisors, LLC t/a BW Capital Advisors, Lamar Barnes and Lonnie Chestnut, III.

in the *Certification of Daniel J. Zeller* attached hereto in support of this Request for Entry of Default.

Dated: May 4, 2026

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

*Counsel to Plaintiff Morgan W. Fisher,*
*Chapter 7 Trustee*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 4th day of May, 2026, a copy of the *Request for Entry of Default* was served via first-class mail, postage prepaid, to:

Impel Capital Management, LLC
8115 Maple Lawn Blvd, Suite 350
Fulton, MD 20759
*
Impel Capital Management, LLC
c/o Resident Agents Inc.
8 The Green, Suite R
Dover, DE 19901

I HEREBY FURTHER CERTIFY that on the 4th day of May, 2026, parties were served via CM/ECF and the Notice of Electronic Filing indicates that Notice was electronically mailed to said registered party.

**Richard J Hackerman**    Richard@RichardHackerman.com, 6923530420@filings.docketbird.com; Hackerman.RichardR106256@notify.bestcase.com

**Martinis Montrelle Jackson**    martinis.jackson@jlegalservices.com

*/s/ Daniel J. Zeller*
Daniel J. Zeller

3