Entered: June 4th, 2026
Signed: June 3rd, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | | Case No.: 24−11528-DER |
| **PROVIZOR FEDERAL, INC.,** | * | |
| | | Chapter 7 |
| Debtor. | * | |
| * * * * * * | * * * * * * * | |
| **MORGAN W. FISHER,** | | |
| **CHAPTER 7 TRUSTEE** | * | |
| Plaintiff, | * | Adv. Proc. No.: 26-00040-DER |
| v. | * | |
| **IMPEL CAPITAL MANAGEMENT,** | * | |
| **LLC, et. al.[1],** | | |
| | * | |
| Defendants. | | |
| * * * * * * | * * * * * * * | |

### ORDER DENYING
### DEFENDANTS LAMAR BARNES AND
### BW CAPITAL ADVISORS LLC T/A BW CAPITAL ADVISORS'
### MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT

---

[1] Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC ("**Impel Management**"), OMV Holdings, LLC ("**OMV Holdings**"), Chestnut Business Consulting LLC ("**Chestnut Consulting**"), BW Capital Advisors, LLC t/a BW Capital Advisors "**BW Capital**"), Lamar Barnes ("**Mr. Barnes**") and Lonnie Chestnut, III ("**Mr. Chestnut**").

Upon consideration of Defendants Lamar Barnes and BW Capital Advisors LLC T/A BW Capital Advisors' Motion to Dismiss Plaintiff's Adversary Complaint (the "**Motion to Dismiss**") [ECF No. 14, April 15, 2026] and the Opposition to the Motion to Dismiss (the "**Opposition**") [ECF No. 45, May 8, 2026] filed by Plaintiff Morgan W. Fisher, Chapter 7 Trustee for Provizor Federal, Inc., the Court having conducted a hearing on the Motion to Dismiss and Opposition on June 2, 2026, for the reasons set forth on the record at the hearing, it is by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the Motion to Dismiss is denied.

cc:    Richard M. Goldberg, Esquire
Daniel J. Zeller, Esquire
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
*Counsel to Plaintiff Morgan W. Fisher,*
*Chapter 7 Trustee*

Martinis M. Jackson, Esquire
Jackson Legal Services PLLC
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006
*Counsel for Defendants Lamar Barnes*
*and BW Capital Advisors, LLC*

**- END OF ORDER -**