**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re: Case: 24-11528-DER   Chapter 7   Adversary No.: 26-00040

**Provizor Federal, Inc.**
Debtor

**Morgan W. Fisher, Chapter 7 Trustee**
Plaintiff
**vs.**
**Impel Capital Management, LLC, et al.,**
Defendants.

## SUPPLEMENTAL MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 9010-4, Richard J. Hackerman, Esquire and  RICHARD J. HACKERMAN, P.A. files this Motion for Withdrawal of his Appearance in the above referenced case of Defendants Chestnut Business Consulting, LLC and Lonnie B. Chestnut, III ("Defendants"), and states as follows:

1. Counsel hereby certifies the following last known names and addresses of the above-referenced Defendants as :

Mr. Lonnie B. Chestnut, III
5020 Oxfordshire Rd
Waxhaw, NC 28173

Chestnut Business Consulting, LLC
233 Massey Circle
Chapin, SC 29036

CHESTNUT BUSINESS CONSULTING, LLC
c/o Lonnie Chestnut, Registered Agent
106 Kingston Forest Drive
Irmo, SC 29063

2.   Counsel further certifies that written notice was mailed to both Defendants advising them of their rights and responsibilities as articulated in Local Rule 9010-4(a) and (b).   See Exhibits 1 and 2.

3.   By way of background the undersigned counsel entered this case on what he believed was a limited basis attempting to assist the Debtor who had first contacted an out state attorney to handle this case.  The undersigned's agreement with the Debtor and out of state counsel was for the undersigned to move to admit the out of state counsel pro hac vice who had agreed to handle the large part of the necessary work in the representation of the Defendants in this adversary case.

4.   There was very little time to get an answer filed by the time the Debtor contacted counsel. Counsel for the Trustee graciously permitted an extension of time by way of a stipulation filed on March 27, 2026 (Docket 8) and the answer to the complaint was filed on April 14, 2026 (Docket 13).

5. Soon after the stipulation with Counsel for the Trustee was filed, the out of state attorney advised he could no longer represent the Defendants due to what he believed were issues that arose which prevented him from moving forward with the representation. The undersigned can not further elaborate on any specifics as to those reasons for same for fear of being in being in violation of the Maryland Rules of Professional Conduct.   Those same issues also affect the undersigned's continued representation of the Debtor.

6.   Counsel was earlier advised that the Defendants had retained other counsel.  Mr. Chestnut later advised he had not retained other counsel.  Counsel spoke with Lonnie Chestnut on April 14, 2026 who advised that he was still working to get other counsel.

7. Mr. Chestnut and Chestnut Business Consulting, LLC have commenced representing themselves in this case by responding directly to counsel for the Trustee with respect to outstanding documents due with respect to a Rule 2004 examination and by filing a notice of

service filed in this case pro se on May 29, 2026.  The document was signed by Lonnie Chestnut III, Respondent, Pro Se.  See document number 559 in the main case.

8.  Mr. Chestnut has advised the undersigned that the Chestnut Defendants are unable and unwilling to pay the undersigned counsel fees, that they are handling the case themselves the best they are able and that they consent to this request to withdraw.

9.  These statements and consent have been both verbal and in writing.  See Exhibit 3.

Wherefore, it is requested that the appearance of Richard J. Hackerman and Richard J. Hackerman, P.A. be stricken as counsel for the Defendants.

Dated: June 4, 2026.

RICHARD J. HACKERMAN, P.A.
ATTORNEY AT LAW
By: /s/ *Richard J. Hackerman*
Richard J. Hackerman
3635 Old Court Road
Suite 208,
Baltimore, Maryland 21208
Tel. (410) 243-8800,
Fax (410) 402-5757
Federal Bar No. MD24058

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion for Withdrawal of Appearance of Counsel* was served on all of the following parties to this proceeding on June 4, 2026, via electronic service through the Court's CM/ECF System.

Morgan W. Fisher Ch 7 Trustee by his attorney
Richard Marc Goldberg
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
Suite 2000
Baltimore, MD 21201
Email: rmg@shapirosher.com

BW Capital Advisors LLC t/a BW Capital Advisors and Lamar Barnes  by their attorney
Martinis Montrelle Jackson
Jackson Legal Services PLLC
1629 K street NW,
Suite 300
Washington, DC 20006
Email: martinis.jackson@jlegalservices.com


And the following parties via first class mail, postage prepaid:

Impel Capital Management, LLC
8115 Maple Lawn Blvd
Suite 350
Fulton, MD 20759

OMV Holdings, LLC
6700 Alexander Bell Drive
Suite 200
Columbia, MD 21046

Chestnut Business Consulting, LLC (and via email Lonniec44@gmail.com)
233 Massey Circle
Chapin, SC 29036

Chestnut Business Consulting, LLC  (and via email Lonniec44@gmail.com)
c/o Lonnie Chestnut, Registered Agent
106 Kingston Forest Drive
Irmo, SC 29063

Lonnie Chestnut, III  (and via email Lonniec44@gmail.com)
5020 Oxfordshire Road
Waxhaw, NC 28173

/s/ Richard J. Hackerman
RICHARD J. HACKERMAN