**RICHARD J. HACKERMAN, P.C.**
**ATTORNEY AT LAW**
**3635 OLD COURT ROAD**
**SUITE 208**
**BALTIMORE, MD 21208**
**(410) 243-8800**
**FAX (410) 630-7232**

richard@richardhackerman.com

April 2, 2026

Mr. Lonnie B. Chestnut, III
5020 Oxfordshire Rd
Waxhaw, NC 28173
Email : lonniec44@gmail.com

Sent via email and first class mail.

Re: Withdrawal of Representation for Lonnie B Chestnut, III for Case Number 26-00040

Dear Mr. Chestnut:

Please be advised that this letter is to inform you that I intend to file a motion to withdraw my appearance in the above referenced case in seven days. Pursuant to the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland Rule 9010-4, this letter is sent advising you of proposed withdrawal and notifying you either to have a new attorney enter an appearance or to advise the Clerk that the client will be proceeding without an attorney.

Very truly yours,

/s/ Richard J. Hackerman

Richard J. Hackerman

RJH/cl