# RICHARD J. HACKERMAN, P.C.
## ATTORNEY AT LAW
### 3635 OLD COURT ROAD
### SUITE 208
### BALTIMORE, MD 21208
### (410) 243-8800
### FAX (410) 630-7232

richard@richardhackerman.com

April 2, 2026

Chestnut Business Consulting, LLC
233 Massey Circle
Chapin, SC 29036

CHESTNUT BUSINESS CONSULTING, LLC
c/o Lonnie Chestnut, Registered Agent
106 Kingston Forest Drive
Irmo, SC 29063

Email : lonniec44@gmail.com
Sent via email and first class mail.

    Re: Withdrawal of Representation of Chestnut Business Counsulting, LLC for Case Number 26-00040

To Whom it May Concern and Mr. Chestnut:

    Please be advised that this letter is to inform you that I intend to file a motion to withdraw my appearance in the above referenced case in seven days. Pursuant to the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland Rule 9010-4, this letter is sent advising you of my proposed withdrawal and notifying you that it must have a new attorney enter an appearance or be subject to dismissal of its case, dismissal of its claims and/or judgment by default on claims against it.  If a new attorney has not entered an appearance within twenty-one (21) days after the filing of the motion to withdraw,  the Court may dismiss an affirmative claim for relief by, or enter a default against, the party not represented by an attorney.

        Very truly yours,

        /s/ Richard J. Hackerman

        Richard J. Hackerman

RJH/cl