Lonnie Chestnut
Chestnut Business Consulting, LLC
5020 Oxfordshire Rd
Waxhaw, NC 281732

June 2, 2026

Richard J. Hackerman
Attorney at Law
3635 Old Court Road
Baltimore, Maryland 21208

Re: Morgan Fisher v. Lonnie Chestnut, et al.
Preparation and filing of exceptions.

Dear Mr. Hackerman:

Per our recent conversations:

A.  I do not wish for you or your firm to represent myself or my company.  I am unwilling and unable to pay any additional counsel fees in this matter.

B.  I intend to represent myself and my company in this case as best I am able.

C.  I authorize you and your firm to withdraw as our attorneys in the case.

Thank you for your services in this case.

Sincerely,

Lonnie Chestnut