# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | | Case No.: 24–11528-DER |
| PROVIZOR FEDERAL, INC., | * | |
| | | Chapter 7 |
| Debtor. | * | |
| * * * * * * | * | * * * * * * |
| MORGAN W. FISHER, | | |
| CHAPTER 7 TRUSTEE | * | |
| Plaintiff, | * | Adv. Proc. No.: 26-00040-DER |
| v. | * | |
| IMPEL CAPITAL MANAGEMENT, | * | |
| LLC, et. al.[1], | | |
| | * | |
| Defendants. | | |
| * * * * * * | * | * * * * * * |

### AFFIDAVIT OF MORGAN W. FISHER,
### CHAPTER 7 TRUSTEE FOR PROVIZOR FEDERAL, INC.

I, Morgan W. Fisher, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true to the best of my knowledge, information, and belief:.

1. I am the duly appointed Chapter 7 Trustee (the "**Trustee**") for Provizor Federal, Inc. (the "**Debtor**") in the above captioned bankruptcy case and have been serving in that capacity since May 16, 2024.

2. I make this Affidavit in support of the Trustee's Motion for Default Judgment Against Defendant OMV Holdings, LLC (the "**Motion**", and OMV Holdings, LLC, the

---

[1] Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC ("**Impel Management**"), OMV Holdings, LLC ("**OMV Holdings**"), Chestnut Business Consulting LLC ("**Chestnut Consulting**"), BW Capital Advisors, LLC t/a BW Capital Advisors "BW Capital"), Lamar Barnes ("**Mr. Barnes**") and Lonnie Chestnut, III ("**Mr. Chestnut**").

"**Defendant**") in the above-captioned Adversary Proceeding.

3. In my capacity as Trustee for the Debtor, I have personal knowledge of and am custodian of the books, records, and data of the Debtor, to the extent that such books, records, and data are within my possession, custody and control.

4. I am personally familiar with the matters alleged in the Trustee's Complaint for Avoidance and Recovery of Fraudulent Conveyances and Preferences, Fraud, Breach of Directors Standard of Care, Breach of Duty of Loyalty, and Breach of Fiduciary Duty (Sections 544, 547, 548 and 550) (the "**Complaint**") filed in the above-captioned Adversary Proceeding. I am competent to testify regarding the matters set forth herein.

5. I have employed Gorfine, Schiller & Gardyn, P.A. ("**GSG**") as Financial Advisor and Litigation Support Consultant to the Trustee as of November 5, 2024, as authorized by Order of the Court at ECF No. 393 in the main bankruptcy case.

6. At my direction, GSG has analyzed the business and financial records of the Debtor and created a transfer analysis for the Debtor's pre-petition avoidable transfers. I have reviewed and approved GSG's work product.

7. As itemized in Appendix A to the Complaint and attached hereto, I have carefully reviewed GSG's work product and the Debtor's documents concerning the Defendant and have determined that the total balance of $7,757,163.00 was transferred by or on behalf of the Debtor to the Defendant.

*[signature appears on the following page]*

2

I solemnly affirm under the penalty of perjury and upon personal knowledge that the contents of the foregoing are true.

_____6/24/2026_____

Date

_____, Trustee

Morgan W. Fisher, Chapter 7 Trustee
For Provizor Federal, Inc.

3

**OMV Holdings Transfers**

| Transfer | Date | Amount |
|:---:|:---:|---:|
| 1 | 3/30/2022 | $ 100,000 |
| 2 | 5/20/2022 | $ 50,000 |
| 3 | 5/31/2022 | $ 125,000 |
| 4 | 6/7/2022 | $ 200,000 |
| 5 | 6/7/2022 | $ 100,000 |
| 6 | 6/30/2022 | $ 100,000 |
| 7 | 8/3/2022 | $ 114,000 |
| 8 | 9/27/2022 | $ 50,000 |
| 9 | 1/5/2023 | $ 200,000 |
| 10 | 2/1/2023 | $ 200,000 |
| 11 | 2/1/2023 | $ 18,000 |
| 12 | 3/9/2023 | $ 200,000 |
| 13 | 3/28/2023 | $ 1,566,070 |
| 14 | 4/12/2023 | $ 200,000 |
| 15 | 5/25/2023 | $ 200,000 |
| 16 | 6/13/2023 | $ 30,000 |
| 17 | 6/30/2023 | $ 200,000 |
| 18 | 7/7/2023 | $ 2,847,082 |
| 19 | 8/31/2023 | $ 55,000 |
| 20 | 12/1/2023 | $ 200,000 |
| 21 | 1/4/2024 | $ 1,000,000 |
| 22 | 2/24/2024 | $ 2,010 |

**OMV 2-Year Transfers(Nos. 1-22)**     $    7,757,163

**OMV 1-Year Transfers (Nos. 12-22)**     $    6,500,163