Entered: July 17th, 2026
Signed: July 16th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |  |
|---|---|---|
| In re: | * | |
| | | **Case No.: 24−11528-DER** |
| **PROVIZOR FEDERAL, INC.,** | * | |
| | | **Chapter 7** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| **MORGAN W. FISHER,** **CHAPTER 7 TRUSTEE** | * | |
| Plaintiff, | * | **Adv. Proc. No.: 26-00040-DER** |
| v. | * | |
| **IMPEL CAPITAL MANAGEMENT, LLC, et. al.[1],** | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ENTERING MONETARY JUDGMENT BY DEFAULT
### <u>AGAINST OMV HOLDINGS, LLC</u>

Upon consideration of Trustee's Amended Motion for Default Judgment Against Defendant OMV Holdings, LLC (the "**Motion**") filed by Morgan W. Fisher, the Chapter 7 Trustee (the "**Trustee**") for Provizor Federal, Inc. and Plaintiff in this Adversary Proceeding, no response

---

[1] Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC ("**Impel Management**"), OMV Holdings, LLC ("**OMV Holdings**"), Chestnut Business Consulting LLC ("**Chestnut Consulting**"), BW Capital Advisors, LLC t/a BW Capital Advisors "**BW Capital**"), Lamar Barnes ("**Mr. Barnes**") and Lonnie Chestnut, III ("**Mr. Chestnut**").

having been filed thereto and no response having been filed by OMV Holdings, LLC with respect to the Trustee's Complaint for Avoidance and Recovery of Fraudulent Conveyances and Preferences, Fraud, Breach of Directors Standard of Care, Breach of Duty of Loyalty, and Breach of Fiduciary Duty (Sections 544, 547, 548 and 550) (the "**Complaint**")[2], good and proper service having been made thereof, and the Trustee being entitled to the relief requested in the Complaint, such that good cause exists for the prompt entry of judgment in favor of the Trustee and against Defendant OMV Holdings, LLC, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is hereby granted; and it is further

ORDERED, that final judgment is hereby entered against Defendant OMV Holdings, LLC in favor of the Trustee with respect Counts I-V and XX of the Complaint; and it is further

ORDERED, that the OMV Transfers as defined in the Complaint are avoided pursuant to 11 U.S.C. §§ 544(b), 547(b), and 548(a), as applicable; and it is further

ORDERED, that the Trustee is entitled to a monetary judgment against Defendant OMV Holdings, LLC in the amount of $7,757,163.00 pursuant to 11 U.S.C. § 550(a) for recovery of the value of the OMV Transfers; and it is further

ORDERED, that any proof of claim file by Defendant OMV Holdings, LLC in this bankruptcy case is disallowed under 11 U.S.C. §502(d) until the Defendant has paid the amount the amount of this monetary judgment in full.

cc:     Richard M. Goldberg, Bar No. 07994
        Daniel J. Zeller, Fed. Bar No. 28107
        SHAPIRO SHER GUINOT & SANDLER
        250 W. Pratt Street, Suite 2000
        Baltimore, Maryland 21201
        rmg@shapirosher.com
        djz@shapirosher.com
        *Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee*

---

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Complaint.

OMV HOLDINGS, LLC
c/o The Corporation Trust Incorporated
2405 York Road, Suite 201
Timonium, Maryland 21093

OMV HOLDINGS, LLC
6700 Alexander Bell Drive, Suite 200
Columbia MD 21046
Attn: Lamar Barnes, Authorized Person

**-END OF ORDER-**