Entered: July 17th, 2026
Signed: July 16th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No.: 24−11528-DER** |
| **PROVIZOR FEDERAL, INC.,** | * | |
| | | **Chapter 7** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **MORGAN W. FISHER,** **CHAPTER 7 TRUSTEE** | * | |
| Plaintiff, | * | **Adv. Proc. No.: 26-00040-DER** |
| v. | * | |
| **IMPEL CAPITAL MANAGEMENT,** **LLC, et. al.[1],** | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ENTERING MONETARY JUDGMENT BY DEFAULT
### AGAINST IMPEL CAPITAL MANAGEMENT, LLC

Upon consideration of Trustee's Motion for Default Judgment Against Defendant Impel

Capital Management, LLC (the "**Motion**") filed by Morgan W. Fisher, the Chapter 7 Trustee (the

"**Trustee**") for Provizor Federal, Inc. and Plaintiff in this Adversary Proceeding, no response

---

[1] Defendants in the above captioned adversary proceeding are: Impel Capital Management, LLC ("**Impel Management**"), OMV Holdings, LLC ("**OMV Holdings**"), Chestnut Business Consulting LLC ("**Chestnut Consulting**"), BW Capital Advisors, LLC t/a BW Capital Advisors "**BW Capital**"), Lamar Barnes ("**Mr. Barnes**") and Lonnie Chestnut, III ("**Mr. Chestnut**").

having been filed thereto and no response having been filed by Impel Capital Management, LLC with respect to the Trustee's Complaint for Avoidance and Recovery of Fraudulent Conveyances and Preferences, Fraud, Breach of Directors Standard of Care, Breach of Duty of Loyalty, and Breach of Fiduciary Duty (Sections 544, 547, 548 and 550) (the "**Complaint**")[2], good and proper service having been made thereof, and the Trustee being entitled to the relief requested in the Complaint, such that good cause exists for the prompt entry of judgment in favor of the Trustee and against Defendant Impel Capital Management, LLC, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is hereby granted; and it is further

ORDERED, that final judgment is hereby entered against Defendant Impel Capital Management, LLC in favor of the Trustee with respect Counts VI-X and XX of the Complaint; and it is further

ORDERED, that the Impel Transfers as defined in the Complaint are avoided pursuant to 11 U.S.C. §§ 544(b), 547(b), and 548(a), as applicable; and it is further

ORDERED, that the Trustee is entitled to a monetary judgment against Defendant Impel Capital Management, LLC in the amount of $3,029,244.00 pursuant to 11 U.S.C. § 550(a) for recovery of the value of the Impel Transfers; and it is further

ORDERED, that any proof of claim file by Defendant Impel Capital Management, LLC in this bankruptcy case is disallowed under 11 U.S.C. §502(d) until the Defendant has paid the amount the amount of this monetary judgment in full.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Complaint.

cc:    Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
rmg@shapirosher.com
djz@shapirosher.com
*Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee*

Impel Capital Management, LLC
c/o Resident Agents Inc.
8 The Green, Suite R
Dover, DE 19901

Impel Capital Management, LLC
8115 Maple Lawn Blvd., Suite 350
Fulton, MD 20795
Attn: Lonnie Chestnut, III, Authorized Person

**-END OF ORDER-**